Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Christian Lassiter
Assistant Federal Public Defender
New York No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Christian_Lassiter @fd.org

*Attorney for Petitioner Jesus Vega-Avalos

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jesus Vega-Avalos,

        Petitioner,

   v.

Todd Blanche, *et al.*,

        Respondents.

Case No. 2:26-cv-01489-~~JAD~~-GMN-MDC

**Stipulation to Extend Time to File Amended Petition and Briefing Schedule**

2

Petitioner Jesus Vega-Avalos and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for a writ of habeas corpus, moving the deadline to June 5, 2026. Additionally, both parties stipulate that the entire briefing schedule is extended by one week. Accordingly, Respondents' response would be due on June 12, 2026 and Petitioner's reply to said response would be due on June 19, 2026.

This extension is warranted because counsel for Mr. Vega-Avalos, Assistant Federal Public Defender Christian Bryan Lassiter has been away from the office on case-related travel. As a result, undersigned counsel is requesting this extension in pursuit of fully filing an amended petition on Mr. Vega-Avalos's behalf.

Currently, the amended petition is due today, May 29, 2026. This is the first stipulation for an extension of time. This extension would allow undersigned counsel to the appropriate time to investigate Mr. Vega-Avalos's claims and file a thorough amended petition on his behalf.

On May 27, 2026, undersigned counsel conferred with counsel for Respondents, Special Assistant United States Attorney Martin Mayer. SAUSA Mayer agreed to this amended briefing schedule.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadlines as detailed above.

Respectfully submitted this 29th day of May, 2026.

TODD BLANCHE
Deputy Attorney General of the United States

SIGAL CHATTAH, First Assistant
United States Attorney

*/s/ Martin Mayer*
Martin Mayer
Special Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Christian Lassiter*
Christian Lassiter
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___May 29, 2026___

4