Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Christian Lassiter
Assistant Federal Public Defender
New York No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Christian_Lassiter @fd.org

*Attorney for Petitioner Jesus Vega-Avalos

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jesus Vega-Avalos,

   Petitioner,

  v.

Todd Blanche, *et al.*,

   Respondents.

Case No. 2:26-cv-01489-GMN-DJA

**Third Stipulation to Extend Time to File Amended Petition and Briefing Schedule**

2

Petitioner Jesus Vega-Avalos and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file a reply to the Respondents' response to Petitioner' amended petition for a writ of habeas corpus, moving the deadline to July 2, 2026.

This extension is warranted because counsel for Mr. Vega-Avalos, Assistant Federal Public Defender Christian Bryan Lassiter works remotely and recently had his office-issued computer malfunction, effectively preventing any access to work product, including Mr. Vega-Avalos's entire electronic case file. As a result, undersigned counsel is requesting this extension in pursuit of filing a reply to the amended petition on Mr. Vega-Avalos's behalf.

Currently, Petitioner's reply is due today, June 25, 2026. This is the third (and final) stipulation for an extension of time. This extension would allow undersigned counsel to the appropriate time to receive a replacement computer, which will enable access to Mr. Vega-Avalos's electronic case file, in pursuit of completing Petitioner's reply to the Respondents' response to the amended petition.

On June 25, 2026, undersigned counsel conferred with counsel for Respondents, Special Assistant United States Attorney Martin Mayer. SAUSA Mayer agreed to this amended briefing schedule.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadlines as detailed above.

Respectfully submitted this 25th day of June, 2026.

TODD BLANCHE
Deputy Attorney General of the United States

RENE L. VALLADARES
Federal Public Defender

SIGAL CHATTAH, First Assistant
United States Attorney

/s/
Martin Mayer
Special Assistant United States Attorney

/s/ Christian Lassiter
Christian Lassiter
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  __June 25, 2026_____

4